PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellant, within 20 days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal as provided in rule 41, and pay to the respondent's attorney $10 costs of this motion, in which event said motion is denied.

In re SMITH. (Supreme Court, Appellate Division, First Department. November 2, 1905.) In the matter of William Mason Smith. No opinion. Order affirmed.

In re SMITH et al. In re GRANT AVE. IN VILLAGE OF ISLIP. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) In the matter of the application of Egbert Z. Smith and Ervin A. Pitt to lay out Grant avenue, in the village and town of Islip, and the assessment of damages therefor. No opinion. Motion to confirm granted.

SMITH, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) Action by Margaret Smith against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SMITH, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by Meyer I. Smith against Bernard L. Cohen. No opinion. Judgment and order affirmed, with costs.

SMITH, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Porter D. Smith against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

SMITH, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Porter D. Smith against the Lehigh Valley Railroad Company. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to the Court of Appeals denied.

SMOCK, Respondent, v. COMMERCIAL TRAVELERS' MUT. ACC. ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Annie B. S. Smock against the Commercial Travelers' Mutual Accident Association. M. W. Van Auken, for appellant. R. H. Bacon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SNOW, Respondent, v. WATHEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by William L. Snow against J. B. Wathen. No opinion. Order affirmed, with $10 costs and disbursements.

SNOWDEN v. TOWN OF SOMERSET. (Supreme Court, Appellate Division, Fourth Department. October 20, 1905.) Action by Sarah J. Snowden against the town of Somerset. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to the Court of Appeals denied.

SOMERS, Respondent, v. JACOBS, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Mary Somers against Jacob Jacobs. J. N. Tuttle, for appellant. S. B. Stiles, for respondent. No opinion. Determination affirmed, with costs.

SOMERS v. JACOBS et al. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Mary Somers against Jacob Jacobs and others. No opinion. Motion denied.

SOOP, Appellant, v. BURHANS, Respondent. (Supreme Court, Appellate Division, Third Department. September 13, 1905.) In the matter of the petition of Henry C. Soop, as agent and attorney of the estate of Thomas Cornell, against Webster H. Burhans.

PER CURIAM. Motion granted, and question certified as follows: Is the right of appeal to the Appellate Division of the Supreme Court given, in a summary proceeding to recover possession of real property, from an order of the County Court made upon an appeal from, and reversing, with costs, a final order in, a proceeding instituted before a justice of the peace or the City Court of the city of Kingston?

SPERCO, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Constant J. Sperco against the city of New York and another. J. A. Allen, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

STANTON, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1905.) Action by William Stanton against the International Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event.

McLENNAN, P. J., and NASH, J., vote for reversal, upon the grounds that as matter of law the defendant was not guilty of negligence, and that the plaintiff was guilty of contributory negligence. SPRING and HISCOCK, JJ., voted for reversal upon the ground that the verdict of the jury that the plaintiff was free from contributory negligence was against the weight of the evidence. WILLIAMS, J., votes for affirmance.

STAPE v. DANIHY. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Edward J. Stape against Maurice F. Danihy, as executor. No opinion. Motion for reargument denied, with $10 costs.